UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR MEDINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENTAL HEALTH DEPARTMENT,<br><br>　　　　　Defendant. | No. 2:19-cv-0984 TLN AC P<br><br><br>ORDER |

On September 17, 2019, plaintiff filed a motion for the refund of his filing fees. ECF No. 14. Thereafter, on October 25, 2019, plaintiff filed a request for status on another matter plaintiff has pending in this court, Medina v. Aguilar, No. 2:18-cv-2924 DB P. ECF No. 15.

This civil rights action was closed on August 16, 2019. See ECF Nos. 12, 13. Plaintiff is advised that documents filed after a closing date are usually disregarded. However, as a one-time courtesy, plaintiff is informed that there is no provision in either federal statutory law or case law for a refund of his filing fee. See generally Williams v. Adams, No. 3:09-cv-00464-LRH-VPC, 2010 WL 3199936, at *1 (D. Nev. Aug. 11, 2010); see also Spencer v. A.K. Scribner, No. 1:06 CV 0291 AWI WMW PC, 2008 WL 5265202, at *1 (E.D. Cal. Dec. 16, 2008). Moreover, the undersigned is unable to provide information to plaintiff regarding the status of other matters he may have pending before other judges of this court.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a refund of filing fees, filed September 17, 2019 (ECF No. 14), is DENIED, and

2. Plaintiff's request for the status of <u>Medina v. Aguilar</u>, No. 2:18-cv-2924 DB P is DENIED.

No orders will issue in response to future filings.

DATED: November 4, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE